IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CONNIE THOMAS                                                    PLAINTIFF

  vs.              CASE No. 06-CV-2028

RETIREMENT PLAN FOR BARGAINING
UNIT EMPLOYEES OF ARKANSAS
OKLAHOMA GAS CORPORATION                                         DEFENDANT

**ORDER**

Now on this 6th day of June, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the Stipulation of Dismissal (#10), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to pay its own costs and attorney's fees.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
  Robert T. Dawson
  United States District Judge